```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 09651
   HAMINAH QAIYIM
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1649

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/09/2006 and was confirmed 10/02/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/13/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------------
GMAC MORTGAGE CORP        CURRENT MORTG          .00              .00          .00
GMAC MORTGAGE CORP        MORTGAGE ARRE     3929.87               .00      3929.87
HSBC AUTO FINANCE         SECURED           9600.00            449.89      3568.45
HSBC AUTO FINANCE         UNSECURED         5598.74               .00          .00
ADT                       UNSECURED         NOT FILED             .00          .00
ASPIRE                    UNSECURED          757.74               .00          .00
CBUSA SEARS               UNSECURED         NOT FILED             .00          .00
CERTEGY                   UNSECURED         NOT FILED             .00          .00
CITY OF CHICAGO PARKING   UNSECURED         1390.00               .00          .00
DAG FINANCIAL (PROVIDIAN  UNSECURED         NOT FILED             .00          .00
FST PREMIER               UNSECURED         NOT FILED             .00          .00
HOOKED ON PHONICS         UNSECURED         NOT FILED             .00          .00
FINGERHUT CREDIT ADVANTA  UNSECURED          917.43               .00          .00
PROVIDIA                  UNSECURED         NOT FILED             .00          .00
SIMPLY FASHION            UNSECURED         NOT FILED             .00          .00
SOUTH SUBURBAN HOSPITAL   UNSECURED         NOT FILED             .00          .00
TCF NATIONAL BANK         UNSECURED         NOT FILED             .00          .00
RMI/MCSI                  UNSECURED          950.00               .00          .00
PIERCE & ASSOC            NOTICE ONLY       NOT FILED             .00          .00
ERNESTO D BORGES JR       DEBTOR ATTY       2,000.00                       2,000.00
TOM VAUGHN                TRUSTEE                                            601.79
DEBTOR REFUND             REFUND                                                .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               10,550.00

PRIORITY                                           .00
SECURED                                       7,498.32
   INTEREST                                     449.89

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 09651 HAMINAH QAIYIM
```

```
UNSECURED                                                           .00
ADMINISTRATIVE                                                 2,000.00
TRUSTEE COMPENSATION                                             601.79
DEBTOR REFUND                                                       .00
                                        ----------------  ----------------
TOTALS                                        10,550.00         10,550.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 12/03/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```